UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>19cv11695-WGY</u>

William McDevitt et al
Plaintiff

v.

Back Bay Sign, LLC
Defendant

## NOTICE OF DEFAULT

     Upon application of the Plaintiff(s), William McDevitt and Painters and Allied Trades District Council No. 35 Trust Funds, for an order of Default for failure of the Defendant(s), Back Bay Sign, LLC, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant(s) have been defaulted on September 16, 2019.

Robert M. Farrell,
Clerk of Court

By: /s/Matthew A. Paine
Deputy Clerk